UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>EDWARD GOODRIDGE SR.,<br><br>　　　Defendant/Judgment Debtor,<br><br>STILLAGUAMISH TRIBE OF INDIANS,<br><br>　　　　　　　　Garnishee. | CASE NO. C16-1480JLR<br><br>ORDER DIRECTING THE PARTIES TO FILE A JOINT STATUS REPORT |

　　　The court hereby ORDERS the parties to file a joint status report stating (1) the status of the matter, (2) whether this matter may be administratively closed, (3) if this matter may not be administratively closed, what steps are necessary to bring this matter to closure, and (4) any other issues that the parties believe should be brought to the attention of the court. The parties shall file their joint status report no later than seven (7)

ORDER - 1

days from the date of this order.  If the parties cannot come to agreement concerning the status of this matter, they may include their varying statements within their joint status report.

Dated this 13th day of August, 2019.

JAMES L. ROBART
United States District Judge